Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, SILVA TABAREZ MADRID

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SILVA TABAREZ MADID,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendants. | Case No.: CV 10-5331 JFW (SS)<br><br><u>ORDER</u><br><u>AWARDING EAJA FEES</u><br><br><br>SUZANNE H. SEGAL<br>UNITED STATES DISTRICT<br>COURT JUDGE |

　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND FOUR HUNDRED DOLLARS ($3,400.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 3/28/11　　　　　　　　　　　　　　　　　　　　/S/

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT